UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVA COULTER,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No. CV 15-6225-PSG (PJW)<br><br>ORDER TO SHOW CAUSE AS TO WHY ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE |

On August 17, 2015, Plaintiff, who is proceeding in pro se, filed a complaint, challenging a final decision of the Social Security Administration to deny her benefits. On August 20, 2015, the Court issued an order, instructing Plaintiff to serve the Defendant by sending a copy of the summons and complaint by registered or certified mail to the United States Attorney for the Central District of California; the Commissioner for Social Security in Washington, D.C.; and the Attorney General of the United States in Washington, D.C. The Court informed Plaintiff that she was required to file proof that she served the summons and complaint within 28 days after she filed the complaint, i.e., no later than September 14, 2015, or risk having her

case dismissed.  Plaintiff has not filed a proof of service and has not requested an extension of time to do so.

IT IS THEREFORE ORDERED that, no later than **September 2, 2016**, Plaintiff shall inform the Court in writing why this case should not be dismissed with prejudice for failure to prosecute.  Failure to timely file a response will result in a recommendation that this case be dismissed.[1]

IT IS SO ORDERED

DATED       August 5, 2016

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\COULTER, M 6225\OSC_not dismiss.wpd

---

[1] On May 19, 2015, Plaintiff lodged a complaint, in Case No. CV 15-3815-PSG (PJW), which was dismissed on July 29, 2015 for failure to pay the filing fee or attach an application to proceed in forma pauperis.  On August 21, 2015, the Court granted Plaintiff's application to proceed in forma pauperis in the instant action.